THIS OPINION HAS NO PRECEDENTIAL VALUE.  
 IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS 
 PROVIDED BY RULE 239)d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Joseph Lee Dickerson,       
Appellant.
 
 
 

Appeal From Richland County
Edward B. Cottingham, Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-387
Submitted April 21, 2004  Filed June 
 18, 2004

APPEAL DISMISED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley 
 W. Elliott, Office of the Attorney General, all of Columbia;  and Socicitor 
 Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM: Joseph Dickerson appeals his 
 conviction on a charge of trafficking in cocaine more than ten grams but less 
 than twenty-eight grams. Counsel for Dickerson attached to the final brief a 
 petition to be relieved as counsel. Dickerson did not file a separate pro 
 se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Dickersons 
 appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 GOOLSBY, HOWARD, and BEATTY, JJ., concur.